### 4624. WALTON *v.* THE STATE.

HILL, C. J.  1. As repeatedly held by this court and the Supreme Court, an omission to charge on the subject of the impeachment of witnesses, in the absence of a written request to do so, is not such an error as to require the grant of a new trial. *Craig* v. *State,* 9 *Ga. App.* 234 (70 S. E. 974); *McCrary* v. *State,* 137 *Ga.* 784 (74 S. E. 536).

2. The evidence supports the verdict.                *Judgment affirmed.*
                    DECIDED APRIL 2, 1913.

Accusation of gaming; from city court of Lexington—Judge Cloud.  December 20, 1912.

*E. P. Shull, Paul Brown,* for plaintiff in error.
*Hamilton McWhorter Jr.,* solicitor, contra.